```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


ALBERT MCCARTHY,                :    CIVIL ACTION
                                :
            Plaintiff,          :
    v.                          :
                                :
EASTBURN & GRAY, P.C.,          :    No. 08-CV-1011
                                :
            Defendant.          :
```

## ORDER

AND NOW, this    24th    day of June, 2009, it is hereby ORDERED that Defendants' Motion for Summary Judgment is GRANTED as to Plaintiff's § 1983 claims.  Plaintiff's Motion for Partial Summary Judgment is DENIED.  As the Court declines to exercise supplemental jurisdiction, Plaintiff's remaining state law claims are DISMISSED with leave to Plaintiff to re-file them in state court.

                            BY THE COURT:


                            s/J. Curtis Joyner
                            J. CURTIS JOYNER, J.