IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
ALBERT MCCARTHY,                  :
                                  :
         Plaintiff,               :   CIVIL ACTION
                                  :
   v.                             :   No. 08-cv-1011
                                  :
EASTBURN & GRAY, P.C.,            :
                                  :
         Defendant.               :
```

**ORDER**

AND NOW, this 9th day of September, 2009, upon consideration of Defendant's Motion for Attorneys' Fees (Doc. No. 43), and responses thereto, for the reasons set forth in the attached Memorandum, it is hereby ORDERED that the Motion is GRANTED.  Defendant is to produce detailed records of its expenses in connection with this case, No. 08-cv-1011, that are separate from the expenses associated with McCarthy v. Darman, No. 07-3958.  Plaintiff shall have a chance to respond to Defendant's request, and the Court will then determine the amount to be awarded.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.